UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LILA NACKOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:11-cv-00279-RAS |
| | § | |
| COMMERCIAL RECOVERY | § | |
| SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LILA NACKOS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
   Michael S. Agruss
   Attorney for Plaintiff
   Krohn & Moss, Ltd.
   10 N. Dearborn, 3rd Floor
   Chicago, IL 60602
   Phone: (323) 988-2400 ext 265
   Fax: (866) 620-2956
   E-Mail: magruss@consumerlawcenter.com

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A true and correct copy was electronically submitted by electronic mail to the following:

Jeff Wood
Commercial Recovery Systems, Inc.
jwood@crsresults.com

/s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
