UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LILA NACKOS, | § |
| Plaintiff, | § § § |
| v. | § No. 4:11-cv-00279-RAS |
| COMMERCIAL RECOVERY SYSTEMS, INC., | § § § § |
| Defendant. | § § |

## ORDER OF DISMISSAL

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

SIGNED this the 2nd day of September, 2013.

*Richard R. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE